1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

7  JERRY WAYNE McCOY,                              1:07-CV-0662-OWW-TAG HC

8              Petitioner,

9       vs.                                        ORDER GRANTING MOTION TO
                                                   PROCEED IN FORMA PAUPERIS
10  R. J. SUBIA,
                                                   (Doc. 2)
11              Respondent.

12  _____/

13       Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

14  28 U.S.C. § 2254.

15       Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

16  prison trust account statement.   Examination of these documents reveals that petitioner is unable to

17  afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

18  See 28 U.S.C. § 1915.

19

20  IT IS SO ORDERED.

21  Dated:   **May 29, 2007**                               **/s/ Theresa A. Goldner**
                                                   UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28